ORIGINAL

JAY LAWRENCE FRIEDHEIM     # 4516
ADMIRALTY ADVOCATES®
820 Mililani Street, Suite 503
Honolulu, Hawaii 96813
(808) 545-5454  Phone
(808) 528-1818  Fax
jlf@pixi.com
Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEWEL ELIZABETH ARIOTO,<br>            Plaintiff,<br>vs.<br>WELAKAHOA CATAMARAN,<br>INC., d.b.a. OUTRIGGER<br>CATAMARAN  In Personam;<br>and the  M/V OUTRIGGER<br>CATAMARAN, O. N. HA 871 CP<br>In Rem,<br>            Defendants. | CIVIL NO. 04-00609 ACK/KSC<br>(In Admiralty)<br><br>PLAINTIFF'S NAMING OF EXPERT<br>WITNESSES; EXHIBIT A;<br>CERTIFICATE OF SERVICE |

## PLAINTIFF'S NAMING OF EXPERT WITNESSES

Plaintiff JEWEL ELIZABETH ARIOTO, by and through her undersigned counsel, pursuant to F.R.C.P. Rule 26, hereby discloses her expert witnesses as follows:

I.   MEDICAL EXPERTS

The following health care providers will testify as to examinations, diagnosis, causation, treatment, prognosis, limitations, and degree of impairment and resultant functional capacity as to Plaintiffs' injuries from the events alleged in the complaint, and will testify on matters relating to causation and damages . These are all treating

doctors and health care professionals and their opinions will be supported by their medical records and the medical records of the other health care professionals who have treated the Plaintiff.

Representative from
Central Valley Physical Therapy
1716 W. Hammer Lane
Stockton, California
(209) 473-2382

Representative from
Doctors on Call, Straub-Waikiki
120 Kaiulani Avenue
Honolulu, Hawaii 96815
(808) 971-6000

Representative from
Stockton Diagnostic Imaging
2800 N. California Street
Stockton, California  95204-3757
(209) 466-2738

Dr. Watson Otis
5525 Assembly Court
Sacramento, California 95823
(916) 422-6098

Dr. Howard Shortley
2801 K. Street, Suite 325
Sacramento, California 95816
(916) 732-8710

David Wu Yen Huang, M.D.
Stockton Diagnostic Imaging
2800 N. California Street
Stockton, California  95204-3757
(209) 466-2738

George M. Khoury, M.D.
Stockton Diagnostic Imaging
2800 N. California Street
Stockton, California 95204-3757
(209) 466-2738

Dr. Anthony Yi Po Wu
645 W. Harding Street
Stockton, California
(209) 464-4800

Dr. John T. Anderson
U.C. Davis Medical Center
2221 Stockton Boulevard
Sacramento, California 95817

Dr. Stephan E. Mann
2801 K Street, Suite 410
Sacramento, California 95816
Ph: (916) 733-8277

Dr. Patrick Vogel
Radiological Associates of Sacramento
2801 K Street, Suite 110
Sacramento, California 95816
Ph: (916) 444-2555

Dr. Richard Ward
Capital Vascular Surgeons, Inc.
3855 J Street
Sacramento, California 95816
Ph: (916) 733-0660

Dr. Roland Winter
333 E. Alpine Street
Stockton, California 95204-3407
Ph: (209) 948-3333

Dr. Norman Chow
320 Dardanelli Lane, Ste. 10B
Los Gatos, California 95032
Ph: (408) 866-4576

Capitol Imaging
Radiological Associates of
Sacramento Medical Group, Inc.
3161 L Street
Sacramento, California 95816
Ph: (916) 452-9999

Plaintiff reserves the right to name additional health care providers who are unknown at this time, or may treat Plaintiff hereafter.

II.   OTHER EXPERT WITNESSES

Dennis Smith, Marine Surveyors and Consultants, Ltd., 677 Ala Moana Boulevard, Suite 812, Honolulu, HI 96813, Ph: 545-1333, will testify as to the vessel's seaworthiness, safety procedures and vessel operations. A copy of Dennis Smith's expert's report and curriculum vitae is attached hereto as Exhibit A.

All expert witnesses identified by Defendant in its disclosure statement, naming of expert witnesses and pretrial statement.

Plaintiff reserves the right to name rebuttal expert witnesses as required.

DATED: Honolulu, Hawaii, January 5, 2006.

JAY LAWRENCE FRIEDHEIM
Attorney for Plaintiff

4