

# MARINE SURVEYORS AND CONSULTANTS, LTD.

677 Ala Moana Blvd., Suite 914, Honolulu, Hawaii 96813
Tel: (808) 545-1333 • FAX (808) 531-7772 • marsurv@pixi.com

September 9, 2005

Jay Friedham, Esq.
820 Mililani Street, Suite 503
Honolulu, Hawaii 96813

Re: Jewel Elizabeth Arioto vs. Welakahoa Catamaran, Inc.
Civil No. 04-000609 ACK/KSC

## Preliminary Report

HISTORY:  Ms. Jewel Elizabeth Arioto is a resident of Stockton, California and was a guest in Honolulu, Hawaii in October, 2002. Ms. Arioto was 58 years old in 2002 and was employed as an Occupational Safety Specialist. She reports vacationing in Hawaii a number of times in the past twenty years, and to have taken sunset sails/dinner cruises twice previously. On October 29, 2002 Ms. Arioto, her mother, Ms. Gertrude Violet Ferrante, and her friend, Ms. Carol Rios all made reservations for an afternoon cruise on the Waikiki Beach Catamaran called OUTRIGGER CATAMARAN.

VESSEL: OUTRIGGER CATAMARAN (ex. WIND WARRIOR) is a 45 foot long performance sailing catamaran originally designed and built by Gino Morrilli in California and subsequently converted for carrying passengers for hire. In it's original configuration the vessel had very light displacement hulls connected by three aluminum tubes, and the center tube supporting a wing mast. The vessel has now been extensively modified with solid decks between the hulls, seating consoles, two large outboard engines, large helm console with wheel steering, and amidships serving bar.

In the original configuration designed by Morrilli, the vessel was steered with tillers that extended forward on both port and starboard sides and were connected by a single bar between the ends of each tiller. A small cockpit was provided in each hull for the helmsman to put his feet and legs in while sitting on the deck steering the boat. The small cockpits were called "aft crew pits".

received
SEP 1 2 2005

Member:   Society of Accredited Marine Surveyors (SAMS)     Society of Naval Architects and Marine Engineers (SNAME)



EXHIBIT (A-1)

September 9, 2005                                                                                    Page No: 2

The tillers and connecting bar extended forward to the "aft crew pits" so that the helmsman sitting in the small opening could easily access the tillers. As originally designed, the cockpits were necessary to give the helmsman a place to sit, and the tillers and connecting bar extended near the cockpits, a couple of feet above them.

As now modified, the vessel has no tillers or connecting bar and the steering has been moved to a center console equipped with a large diameter steering wheel.

In it's much modified condition the vessel is much heavier than originally designed and built. The vessel now sits much lower in the water and trims by the stern. With passengers on board, the trim by the stern becomes excessive, and the aft deck is seen to be almost awash.

DESCRIPTION OF ACCIDENT: On October 29, 2002, Ms. Arioto and her two companions boarded the OUTRIGGER CATAMARAN at approximately 3 P.M. Ms. Arioto assisted her mother from the boarding area at the port bow to seating that is on the port side, aft of midships. Ms. Arioto reports that the water conditions were rougher than normal, and that the vessel was moving side to side and bouncing. After seating her mother, she was standing outboard near the rail. She then turned and her feet fell into the unprotected hole in the deck (aft crew cockpit). She was assisted by the crew who gave her ice to put on her injuries. The cruise then proceeded but was shortened due to rough weather. After leaving the vessel, Ms. Arioto was met by hotel security who took a statement and arranged for her to be taken for a medical examination and treatment.

SURVEYOR'S INSPECTIONS: On August 22, 2005 the undersigned marine surveyor inspected OUTRIGGER CATAMARAN at the fuel dock in the Ala Wai Yacht Harbor. The inspection was also attended by Jay Friedham, Esq., Brian Ho, Esq., and the vessel's crew. The careful examination of the vessel revealed that there are four openings in the deck of each hull, three of which are for hull access and one is for the daggerboard opening. The forward opening has a premanufactured watertight deck hatch installed, the daggerboard opening is next, and is an unprotected opening in the deck approximately four inches wide, at the widest, tapering at both ends and approximately two feet long. The area as seen on August 22 was roped off with a line stretched from a shroud and back to a lifeline stanchion. This partially protects the area of the deck opening. Next aft is a flush deck hatch that gives access to the hull interior for storage and maintenance. The furthest opening aft is the one identified as the "aft crew pit" which on October 29, 2002 was open and unprotected. This cockpit (crew pit) was originally designed to be watertight, but is now seen with a large opening on the aft side bulkhead that leads directly into the hull. The "aft crew pit" now has a hinged hatch covering it, but both of the aft hatches are unsecured. The vessel trims by the stern, and with passengers aboard, the trim is excessive with the stern almost awash and the bow completely out of the water. The excessive trim causes the deck which is heavily cambered to also have a severe angle down toward the stern, (see photographs).

September 9, 2005

EXPERT'S PRELIMINARY CONCLUSIONS: As configured on October 29, 2002 OUTRIGGER CATAMARAN had been extensively modified from it's original design and sat low in the water and trimmed excessively by the stern, both the daggerboard opening and the "aft crew pit" openings were unprotected excepting the possibility that a rope was used to keep passengers clear of the daggerboard opening. No warnings were in place to illustrate the deck opening at the aft crew pit, nor is it reported that the crew made any verbal warning to the passengers.

It is the professional opinion of the undersigned marine surveyor that several things contributed to the fall sustained by Ms. Arioto:

1. No verbal warning from the crew of the unprotected opening.
2. Adverse weather conditions were causing considerable boat motion.
3. The crew did not provide any assistance for the passengers boarding or proceeding to their seats.
4. The deck is heavily cambered and angled down towards the stern.
5. The unprotected deck opening is not marked in any way.

OUTRIGGER CATAMARAN is considered to be unseaworthy due to far exceeding her original design displacement and the excessive trim by the stern when loaded with passengers. Further, all weather deck openings into the hull are required to have watertight hatches that can be secured. The narrow heavily cambered deck is not considered an appropriate passageway for passengers boarding at the bow and moving toward the stern of the vessel. The failure of the crew to mark the deck opening or to warn passengers of the opening is considered to be negligence.

This report is preliminary and may be modified if more information becomes available.

_[signature]_
Dennis D. Smith, AMS/SMS
Marine Surveyor

Reference Material:

1. Code of Federal Regulations.
2. Photographs.
3. Vessel Plans.
4. Surveys of Marine Specialist, Inc.
5. Certificate of Inspection.
6. Complaint.
7. Answers to Complaint.
8. Interrogatories.

September 9, 2005                                                                 Page No: 4

    9. Production to Document.
   10. Accident Statement Form.
   11. Deposition of Jewel Elizabeth Arioto.
   12. Deposition of Gertrude Violet Ferrante.
   13. Deposition of Carol Rios.