

# MARINE SURVEYORS AND CONSULTANTS, LTD.

677 Ala Moana Blvd., Suite 914, Honolulu, Hawaii 96813
Tel: (808) 545-1333 • FAX (808) 531-7772 • marsurv@pixi.com

## DENNIS D. SMITH

**HIGHLIGHTS:**

Dennis D. Smith has considerable experience as a boat yard employee and manager, as a hands-on professional in a full service boatyard where he directed and managed a staff of 20 full-time employees. He has covered countless nautical miles as a professional delivery skipper of both workboats and yachts. He has an extensive background in automotive and equipment manufacturing and repair. With a lengthy background in the marine industry and a strong mechanical background, Mr. Smith joined Marine Surveyors and Consultants, Ltd. as a full-time marine surveyor in January 1976.

**EXPERIENCE:**

**MARINE SURVEYORS AND CONSULTANTS, LTD.**

**President and Principal Marine Surveyor 1976 to Present**

Professional Marine Surveyor specializing in yachts, commercial fishing boats and work and passenger vessels. Thorough condition and valuation surveys for prospective purchasers, and insurance coverage and renewals. Reliable appraisals to determine vessel values for probate, arbitration or donations.

Accident investigations and reports to insurance underwriters to describe the extent of damage, costs to repair and the cause and nature of the casualty. Organize and oversee salvage and recovery of stranded, grounded or sunken vessels.

Expert witness in over 200 cases since 1976 on marine related matters in Federal, State, Family and Probate Courts in Hawaii, Florida, Washington, California and American Samoa. Available to travel throughout the United States and Pacific Basin. Expert Trial preparation working with attorneys on pre-trial research and investigation. Court appointed arbitrator in vessel accident cases and court appointed receiver in admiralty actions.

Assisted with the design and construction supervision of over 25 commercial and fishing vessels, including the passenger vessels MAKA KAI, TERALANI 2, EXPEDITIONS II and III and SEA SPORT. NAKUE, a high speed oil containment vessel and KATHLEEN, a large commercial fishing vessel.

Preparation of derelict, abandoned and severely damaged vessels for at sea or land disposal, complying with EPA and Coast Guard regulations. Recent projects include WILLIAM B, a 160 foot fishing vessel, NEW STAR, a 100 foot workboat, ADVENTURE V, a 120 foot passenger vessel and SEA TIGER a 180 foot refrigerated packer.

Member:   Society of Accredited Marine Surveyors (SAMS)    Society of Naval Architects and Marine Engineers (SNAME)



EXHIBIT (A-2)

Dennis D. Smith                                                                                           Page No: 2

Supply Substitute Custodial services for abandoned, seized and impounded vessels to State and Federal agencies and financial institutions. Completed over 150 assignments for vessels ranging from runabouts to 700 foot bulk carriers.

Cargo surveys, including load and stow, and damage. Completed numerous load and stow surveys of cargo ranging from heavy equipment, machinery, building materials, vessels, including an ex-U.S. Coast Guard cutter which was shipped to the Philippines and an assortment of specialty cargo.

President of Marine Surveyors and Consultants, Ltd. overseeing a staff of four employees and the day to day operations of the company.

### R/V HOLOKAI

**Owner/Operator 1979 to 1981**

Part owner and operator of HOLOKAI, a 70 foot Halter built utility vessel engaged in oceanographic research in Hawaii. HOLOKAI was involved with the Fish Aggregation Device System (FADS) and Environmental Monitoring Program and Ocean Thermal Energy Conversion Program (OTEC) and general marine salvage.

### KEEHI DRYDOCK CORPORATION, Honolulu, Hawaii

**General Manager 1975**

General Manager of full-service marine repair facility in Honolulu, Hawaii. Coordinated and oversaw yard operation which serviced yachts and commercial vessels, utilizing a 100-ton marine railway, a wood shop, a machine shop and a retail store. Managed approximately 20 employees.

### LATHROP CONSTRUCTION COMPANY, Emeryville, California

**Operator 1972 to 1975**

Managed the maintenance and operation of five boats ranged from 20 feet to 70 feet.

### CATALINA MARINE & JACK LONDON BOAT WORKS, Oakland, California

**Marine Mechanic 1970 to 1972**

Marine mechanic for gasoline and diesel engines of up to 300 h.p. Trouble shooting and repair of electrical and auxiliary equipment.

Dennis D. Smith                                                                 Page No: 3

## TOYOTA MOTOR COMPANY California

Service Manager 1965 to 1969

In 1965 commenced working at TNT Toyota in El Cajon, California as a mechanic and working service manager. In 1966 became a Service Representative for Toyota Motors, U.S.A. and in 1969 became Service Manager for Broadway Toyota in Oakland, California

## ADDITIONAL EXPERIENCE AND QUALIFICATIONS:

### VESSEL SAFETY PROGRAMS

Actively participated in the organization of fishing vessel safety programs in Hawaii since 1980.

Assisted in the planning and execution of research for a Sea Grant Study of fishing vessel casualties in Hawaiian waters.

### ACCREDITATION:

Accredited Marine Surveyor*/Senior Marine Surveyor** (Society of Accredited Marine Surveyors)

First Responder Personal Protection for Hazardous Materials (HAZWOPER)

### MEMBER OF:

American Boat and Yacht Counsel (ABYC)

The Propeller Club of Honolulu

The Society of Naval Architects and Marine Engineers (SNAME)

Society of Accredited Marine Surveyors (SAMS)

---

*An Accredited Marine Surveyor with the Society of Marine Surveyors has acquired at least five years surveying experience, accumulated within the past ten years, in the field of expertise in which the accreditation is desired. Credit of up to three years of the five years required may be granted for related marine experience. Acceptability of related marine experience shall be determined by the Membership Committee and/or Board of Directors.

**An Accredited Marine Surveyor with the Society of Marine Surveyors who has actively participated in his/her field of specialization as a marine surveyor for at least twenty years, and has made significant contributions to the Society of Accredited Marine Surveyors, may be designated as Senior Marine Surveyor. This is an honorary designation which is approved by the Board of Directors.