

# MARINE SURVEYORS AND CONSULTANTS, LTD.

677 Ala Moana Blvd., Suite 914, Honolulu, Hawaii 96813
Tel: (808) 545-1333 • FAX (808) 531-7772 • marsurv@pixi.com

## TESTIMONY AND/OR DEPOSITIONS
Dennis D. Smith, Marine Surveyor

Arioto V. Welakahao Catamaran
Civil No: 04-00609 ACK/KSCC
Deposition: 09/26/05
Plaintiff's Attorney: Jay Friedheim, Esq.
Deposing Attorney: Brian Y.Y. Ho, Esq.
Our Reference Number: 10757

Caldwell V. Caldwell
Civil No: FC-D No. 04-1-0497 (Maui)
Deposition: 08/17/05
Deposing Attorney: Joy Yanagida, Esq.
Our Reference Number: 10743

Lamb V Schmidt
Civil No: 02-2572 SMS
Deposition Date 01/25/05
Deposing Attorney: Mike Nakano, Esq.
Attorney: Roy Chang, Esq.
Our Reference Number: 10654

JD Fishing Corporation V S/V Orion, et al
Civil No: CV02-00715 HG/KSC
Testimony Date: 12/10/03
Attorney: Robert Frame, Esq.
Our Reference Number: 10246/10419

Allianze Marine and Aviation V. Continuum Pleasure Corp. et al
Case No: 02-9003 CAS (EX) (California)
Deposition: 07/17/04
Plaintiff's Attorney: Carolyn Shields, Esq.
Deposing Attorney: John F. Hughes, Esq.
Our Reference Number: 10123

Haines V. King Parson, et al
Civil No: CV 02-00477 SPK LEK
Deposition: 04/27/04
Plaintiff's Attorney: Jan Weinberg, Esq.
Deposing Attorney: Stephen MacDonald, Esq.
Our Reference Number 10491

Member:    Society of Accredited Marine Surveyors (SAMS)    Society of Naval Architects and Marine Engineers (SNAME)



EXHIBIT (A-3)

Testimony/Depositions  
Dennis D. Smith

Page No: 2

Gubitz V. Windward Boats, Inc., et al  
Civil No: 02-1-0412 (2) (Maui)  
Arbitration Testimony: 01/06/04  
Plaintiff's Attorney: Dennis Niles, Esq.  
Our Reference Number: 10428

Parnell V. Navatek and Atlantis Submarines  
Civil No: CV 02 004 57 SOM KSC  
Deposition: 08/26/03  
Deposing Attorney: Rick Lesser, Esq.  
Plaintiff's Attorney: Steve Brittain, Esq.  
Our Reference Number: 10365

Ebaugh V. Monroe Insurance Brokerage, et al  
Civil No: 98-00993 DAE  
Deposition: 07/14/03  
Deposing Attorney: Paul T. Yamamura, Esq.  
Plaintiff's Attorney: Paul Smith, Esq.  
Our Reference Number 10337

Ka'anapali Kai Charters, Inc. V. Multihull Technologies, Inc.  
Case No: 781810004901 (Florida/Maui)  
Arbitration Testimony: 06/05/03  
Defense Attorney: Dennis Niles, Esq.  
Plaintiff's Attorney: Chris Dias, Esq.  
Our Reference Number: 10032

Holmes V. Gunther; All Ship & Cargo Surveys  
Civil No: 02-1-0070-01 RWP  
Arbitration Testimony: 11/25/02  
Deposing Attorney: Dennis O'Connor, Jr., Esq.  
Our Reference Number: 10014

Douglas Wilson V. Blue Dolphin Charters, Ltd.  
Civil No: DV00-00568 Dolphin SOM BMK  
Deposition: 06/12/02  
Deposing Attorney: Michael Formby, Esq.  
Our Reference Number: 10110

Medeiros V. Espernanza  
Civil No: 00-1-0067 (2) Maui  
Trial Testimony 10/31/01  
Plaintiffs's Attorney: Dennis Niles, Esq.  
Defendant's Attorney: Mark Ichiyama, Esq.  
Our Reference Number: 9985

Testimony/Depositions  
Dennis D. Smith

Page No: 3

Joseph Pedro V. Pacific Water Taxi, Inc.  
Civil No: 99-0223-01  
Deposition: 08/09/01  
Deposing Attorney: Michael J. Nakano, Esq.  
Our Reference Number: 9930

Yuji Hattori V. Marine Sports, Inc.  
Civil No: 00-00322 SOM-BMK  
Deposition: 02/08/01  
Deposing Attorney: Stephen B. MacDonald, Esq.  
Our Reference Number: 9798

Maalaea Kai Enterprises V. Oahu Construction Company, Ltd. et al  
Civil No: 98-0630 (3) (Maui)  
Records Deposition: 01/19/01  
Deposing Attorney: Bruce Ito, Esq.  
Our Reference Number: 9782

Olivieri V. UFO Chuting of Hawaii  
Civil No: 99-00554 DAE LEK  
Deposition: 11/08/00  
Deposing Attorney: Dennis Niles, Esq.  
Our Reference Number: 9746

Moss V. Liu  
Civil No: 99-00189 HG  
Deposition: 05/11/00  
Deposing Attorney: James Shin, Esq.  
Testimony: 06/01/00  
Attorney: Jay L. Friedheim, Esq.  
Our Reference Number: 9616

Jacobson V. Kalama Services  
Civil No: 98-00761 HG  
Deposition: 04/06/00  
Deposing Attorney: Francis P. Manchisi, Esq.  
Our Reference Number: 9585

James C. Stelpstra V. Uaukewai Diving, Salvage & Fishing, Inc.  
Civil No: 99-00010SOM  
Deposition: 02/07/00  
Deposing Attorney: Bryan Y.Y. Ho, Esq.  
Our Reference Number: 9540

Barbara Jane Varga V. Liko Kauai Cruises, Inc.  
Civil No: 98-00901 HG  
Deposition: 11/15/99  
Deposing Attorney: Stephen MacDonald, Esq.  
Our Reference Number: 9470

Testimony/Depositions                                    Page No: 4
Dennis D. Smith


Gregory D. Bridges V. Kauai Z Tourz
Civil No: 98-00905 ACK
Deposition: 11/09/99
Deposing Attorney: Bryan Y.Y. Ho, Esq.
Our Reference Number: 9462

Polaris Sailing Adventures V. LeFiell maufacturing Co.
Civil No: CV 992264 (California)
Deposition: 10/06/99
Deposing Attorney: Daniel J. Crawford, Esq.
Our Reference Number: 9439

Mark Guzman V. Roberts Hawaii Tours, Inc.
Civil No: 98-00080 HG
Deposition: 04/05/99
Deposing Attorney: Ralph O'Neill, Esq.
Our Reference Number: 9289

Graybehl V. Rice
Civil No: 95-166K (Kona, Hawaii)
Testimony: 12/19/98
Attorney: Gary Vancil, Esq.
Our Reference Number: 9219

Lillie Rosell East and Paul Wesley East V.
American Hawaii Cruises, et al.
Civil No: 97-01449 DAE
Deposition: 10/09/98
Deposing Attorney: John Lacy, Esq.
Our Reference Number: 9171

John McClements, Jr. V. Atlantis Submarines, Inc.
Civil No: 97-01195 DAE
Deposition: 07/30/98
Deposing Attorney: Michele Nelson, Esq.
Testimony: 07/14/99
Attorney: Jay Friedheim, Esq.
Our Reference Number: 9120

Shnichi Louis V. Atlantis Submarines, Inc.
Civil No: 97-01194 DAE
Deposition: 07/30/98
Deposing Attorney: Michele Nelson, Esq.
Testimony: 10/22/98
Attorney: Jay Friedheim, Esq.
Our Reference Number: 9119/9045

Testimony/Depositions
Dennis D. Smith

Page No: 5

Sea Sport Cruises, Inc. V. Aqua Bay Marine, Inc.
Case No: 32-181-00-336-97 DAB (Panama City, Fl)
Deposition: 05/01/98
Deposing Attorney: Paul G. Komarek, Esq.
Testimony: 05/09/98
Attorney: Howard Kahn, Esq.
Our Reference Number: 9041

Goodell V. Smith
Civil No: 97-171 K (Kona, Hawaii)
Deposition: 03/16/98
Attorney: Joseph Fagundes, Esq.
Testimony: 09/10/98
Attorney: Michael Thomas, Esq.
Our Reference Number: 8996

Joseph Spadaro V. Uaukewai Diving Salvage and Fishing
Civil No: 96-01013 HG
Deposition: 10/17/97
Attorney: Randall Schimitt, Esq.
Deposing Attorney: Michael Formby, Esq.
Our Reference Number: 8904

Commercial Union Insurance V. Craig Newnan et al
Civil No: C96-0981 (State of Washington)
Deposition: 03/13/97
Attorney: Doug Fryer, Esq.
Our Reference Number: 8760

HSI V. F/V POLAR FISH, et al
Civil No: 96-00546 HG
Testimony: 06/28/96
Attorney: Judy Givens, Esq.
Our Reference Number: 8592

Carr V. All Ship & Cargo, Ernest H Gunther, Richard E Anderson, & Marilyn Anderson
Civil No: 96-1836-05
Deposition: 06/22/96
Attorney: Buck Ashford, Esq.
Our Reference Number: 8585

USA V. Timur Slla
CR No: 95-00407 HMF
Testimony: 07/11/96
Attorney: John Peyton, Assistant U.S. Attorney
Our Reference Number: 8600

Ruschmann V. MISS JESSICO and BOUNTY
Civil No: 94-00584 DAE
Testimony: 06/07/96
Attorney: Christopher Bouslog, Esq.
Our Reference Number: 8267

Evans V. Evans
Attorney: Sarah J. Smith, Esq.
Testimony: 04/19/96
Our Reference Number: 8474

Douglas Leasing Company V. Richard A. Monson
Civil No: 94-3790-10
Testimony: 12/95
Attorneys: Webb/Brower/Jaress
Our Reference Number: 8398

State of Hawaii V. Janet Bowman
Testimony: 08/95
Attorney: Michael Weight, Esq.
Our Reference Number: 8386

U.S. Coast Guard V. Ho/F/V GOLD STAR
Case No: 144MV94002259
Testimony: 11/21/94
Attorney: Rob Rau, Esq.
Our Reference Number: 8211

Taylor V. Alsop, et al
Civil No: 93-00080 ACK
Testimony: 11/94
Attorney: John Cregor, Esq.
Our Reference Number: 7846

Atlantis V. Berry
Civil No: 93-00580 SPK
Deposition: 08/94
Attorney: James Wilson, Esq.
Our Reference Number: 8109

Zucker V. Maui Classic Charters, Inc. et al
Civil No: 92-0266(2)
Deposition: 08/01/94
Attorney: David Ledger, Esq.
Our Reference Number: 8071

Frame V. Lahaina Charter Boats, Inc.
Civil No: 95-00244 ACK
Deposition: 07/14/94
Attorney: Jim Wilson, Esq.
Our Reference Number: 8463

Patricia J. Moerbe and Larry Moerbe V.
VIP Underwriters
Civil No: 93-00681 ACK
Deposition: 07/14/94
Attorney: James Duffy, Esq.
Our Reference Number: 8088

Witherwax V. Cavasso
Deposition: 06/25/93
Testimony: 06/29/93
Attorney: Kevin Sumida, Esq.
Our Reference Number: 7829

Dettling V. Nibert
Deposition: 04/05/93
Attorney: Gary Vancil
Our Reference Number: 7757

Herzikoff V. Beach Activities of Wailea et al
Deposition: 04/29/93
Attorney: Glen T. Hale
Our Reference Number: 7759

Mason V. Pacific Safari
Civil No: 94-00454 SPK
Testimony: 06/22/92
Attorney: Dennis Hawver
Our Reference Number: 7498

Alteka International Corp. V. Tsuneo Takahashi et al
Civil No: 91-2206-07
Testimony: 10/21/92
Attorney: Priscilla Mills
Our Reference Number: 7644

U.S. V. Lin et al (Yung Fong Seong)
Cr No: 92-00252
Testimony: 04/29/92
Attorney: Mark Recktenwald, Assistant U.S. Attorney
Our Reference Number: 7469