

# MARINE SURVEYORS AND CONSULTANTS, LTD.

677 Ala Moana Blvd., Suite 914, Honolulu, Hawaii 96813
Tel: (808) 545-1333 • FAX (808) 531-7772 • marsurv@pixi.com

## FEE SCHEDULE

### CONDITION AND VALUATION SURVEYS

|  | Insurance Surveys | Buyer's Surveys |
|---|---|---|
| 22' | $175.00 | $200.00 |
| 23' to 45' | $10.00 per foot | $14.00 per foot |
| 45' to 75' | $12.00 per foot | $14.00 per foot |
| 75' plus | $90.00 per hour | $90.00 per hour |

### APPRAISALS

$7.00 per foot, up to 75', 75' plus $90.00 per hour

### REINSPECTIONS

$90.00 per hour with write-up (may vary depending upon amount of work involved)

### SEA TRIALS

$90.00 per hour (1 hour minimum to include write-up)

### SHIP, BARGE AND CARGO SURVEYS AND INSPECTIONS

$90 per hour, plus expenses, billed at cost

### CONSULTATIONS AND DAMAGE SURVEYS

$90.00 per hour (1) hour minimum on Oahu
               (2) hour minimum on neighbor Islands

### DEPOSITIONS, TRIAL PREPARATION AND COURT TIME

$150 per hour, plus $1,000 retainer - non refundable

### TRAVEL CHARGES

| On Oahu: beyond Pearl Harbor Windward Oahu | $35.00 flat rate No charge if schedule mornings or late afternoons |
|---|---|
| Neighbor Islands | Airfare, plus expenses, usually pro-rated |
| Out of State | $720.00 per day, plus all travel expenses |

All fees are subject to 4.166% Sales Tax

Member:   Society of Accredited Marine Surveyors (SAMS)     Society of Naval Architects and Marine Engineers (SNAME)


EXHIBIT (A-4)