IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEWEL ELIZABETH ARIOTO,<br>    Plaintiff,<br>vs.<br>WELAKAHOA CATAMARAN,<br>INC., d.b.a. OUTRIGGER<br>CATAMARAN In Personam;<br>and the M/V OUTRIGGER<br>CATAMARAN, O. N. HA 871 CP<br>In Rem,<br>    Defendants. | CIVIL NO. 04-00609 ACK/KSC<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the following by the means indicated below on January 5, 2006

                              Via Hand Delivery    Via Mail    Via Fax
                                    ( )                    (✓)      ( )

Bryan Y.Y. Ho, Esq.
909 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for In Personam Welakahao Catamaaran, Inc.

Dated: Honolulu, Hawaii January 5, 2006

                                      _____
                                      JAY LAWRENCE FRIEDHEIM
                                      Attorney for Plaintiff