BRYAN Y.Y. HO
Attorney At Law, A Law Corporation

BRYAN Y.Y. HO          3962-0
Suite 1614, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 541-9799
Facsimile: (808) 533-8800
E-mail: bryanho@admiraltyattys.com

Attorney for In Personam Defendant,
WELAKAHAO CATAMARAN, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEWEL ELIZABETH ARIOTO | ) Civil No. CV 04-00609 ACK/KSCC |
| | ) |
| Plaintiff, | ) (In Admiralty) |
| | ) |
| vs. | ) IN PERSONAM DEFENDANT, |
| | ) WELAKAHAO CATAMARAN, INC.'S, |
| WELAKAHAO CATAMARAN, INC., | ) DISCLOSURE OF EXPERT |
| dba OUTRIGGER CATAMARAN, | ) WITNESSES; AND CERTIFICATE OF |
| In Personam, M/V OUTRIGGER | ) SERVICE |
| CATAMARAN, O.N. HA 871 CP, | ) |
| In Rem, | ) |
| | ) |
| Defendants | ) |
| | ) |
| _____ | ) |

WELAKAHAO\ARIOTO\036

<u>IN PERSONAM DEFENDANT, WELAKAHAO CATAMARAN, INC.'S, DISCLOSURE OF EXPERT WITNESSES</u>

COMES NOW In <u>Personam</u> Defendant, WELAKAHAO CATAMARAN, INC. ("Defendant"), through its attorney, BRYAN Y.Y. HO, AAL, ALC, and pursuant to Rule 26, Federal Rules of Civil Procedure ("FRCP"), and the Scheduling Conference Order filed in this case, submits its disclosure of expert witnesses.

I. EXPERT WITNESSES

1. A medical doctor to be identified who will testify regarding the independent medical examination performed on Plaintiff, her injuries, cause of those injuries, permanent disability and damages.

2. Defendant reserves the right to call and have testify for and on behalf of Defendant, any and all retained and non-retained expert witnesses identified by Plaintiff.

3. Defendant reserves the right to have any lay witness testify in an expert capacity.

4. Defendant reserves the right to call rebuttal experts as necessary.

5. Defendant reserves the right to call and have testify for and

on behalf of Defendant, any and all expert witnesses revealed during ongoing discovery.

DATED: Honolulu, Hawaii; February 8, 2006.

/s/ Bryan Y.Y. Ho

Attorney for <u>In Personam</u> Defendant,
WELAKAHAO CATAMARAN, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEWEL ELIZABETH ARIOTO ) | Civil No. CV 04-00609 ACK/KSCC |
| ) | |
| Plaintiff, ) | (In Admiralty) |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| WELAKAHAO CATAMARAN, INC., ) | |
| dba OUTRIGGER CATAMARAN, ) | |
| In Personam, M/V OUTRIGGER ) | |
| CATAMARAN, O.N. HA 871 CP, ) | |
| In Rem, ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

WELAKAHAO\ARIOTO\036

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of February, 2006, a true and correct copy of the foregoing document in the above-entitled matter was served electronically through CM/ECF to the following at the address set out below:

JAY L. FRIEDHEIM, ESQ.                                              jlf@pixi.com


/s/ Bryan Y.Y. Ho

Attorney for In Personam Defendant,
WELAKAHAO CATAMARAN, INC.