BRYAN Y.Y. HO
Attorney At Law, A Law Corporation

BRYAN Y.Y. HO          3962-0
Suite 1614, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 541-9799
Facsimile: (808) 533-8800
E-mail: bryanho@admiraltyattys.com

Attorney for In Personam Defendant,
WELAKAHAO CATAMARAN, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JEWEL ELIZABETH ARIOTO ) | Civil No. CV 04-00609 ACK/KSCC |
| ) | |
| Plaintiff, ) | (In Admiralty) |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE RE: IN |
| ) | PERSONAM DEFENDANT, |
| WELAKAHAO CATAMARAN, INC., ) | WELAKAHAO CATAMARAN, INC.'S, |
| dba OUTRIGGER CATAMARAN, ) | SUPPLEMENTAL RESPONSE TO |
| In Personam, M/V OUTRIGGER ) | PLAINTIFF'S FIRST REQUEST FOR |
| CATAMARAN, O.N. HA 871 CP, ) | PRODUCTION OF DOCUMENTS |
| In Rem, ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

WELAKAHAO\ARIOTO\037.COS

CERTIFICATE OF SERVICE RE: <u>IN PERSONAM</u> DEFENDANT,
WELAKAHAO CATAMARAN, INC.'S, SUPPLEMENTAL RESPONSE
TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The undersigned hereby certifies that on the 24th day of March, 2006 an original and a copy of <u>In Personam</u> Defendant, WELAKAHAO CATAMARAN, INC.'s Supplemental Response to Plaintiff's First Request for Production of Documents was served on the following in the manner set forth below:

| Counsel | Hand Delivered | Facsimile | U.S. Mail |
|---|---|---|---|
| JAY L. FRIEDHEIM, ESQ.<br>820 Mililani Street, Suite 503<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff,<br>JEWEL ELIZABETH ARIOTO | | | X |

/S/ BRYAN Y.Y. HO

Attorney for <u>In Personam</u> Defendant,
WELAKAHAO CATAMARAN, INC.