# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00609ACK-KSC |
| CASE NAME: | Jewel Elizabeth Arioto v. Welakahoa Catamaran Inc., et al. |
| ATTYS FOR PLA: | Jay Friedheim |
| ATTYS FOR DEFT: | Bryan Ho |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 5/30/2006 | TIME: | 9:00-9:14am (Settlement Conf) |
| | | | FTR C5 9:14-9:16:51am (Settlement on the Record) |

COURT ACTION:  EP: Settlement Conference/Resetting Trial Date, etc. Conference and Final Pretrial Conference

Settlement Conference held.  Settlement reached.  Terms stated.

The Court finds that there is a valid and enforceable settlement reached in this case.  The deadline for filing of the Dismissal is 6/30/06.

Jury Trial date of 7/11/06 before Judge Kay is hereby vacated

Submitted by: Shari Afuso, Courtroom Manager