BRYAN Y.Y. HO
Attorney At Law, A Law Corporation

BRYAN Y.Y. HO          3962-0
Suite 1614, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 541-9799
Facsimile: (808) 533-8800
E-mail: bryanho@admiraltyattys.com

Attorney for In Personam Defendant,
WELAKAHAO CATAMARAN, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEWEL ELIZABETH ARIOTO, | ) | Civil No. 04-00609 ACK/KSC |
| | ) | |
| Plaintiff, | ) | (In Admiralty) |
| | ) | |
| v. | ) | STIPULATION TO DISMISS ALL |
| | ) | CLAIMS AND ALL PARTIES WITH |
| WELAKAHAO CATAMARAN, | ) | PREJUDICE; AND ORDER |
| INC., | ) | |
| dba OUTRIGGER CATAMARAN, | ) | |
| In Personam, M/V OUTRIGGER | ) | |
| CATAMARAN, O.N. HA 871 CP, | ) | |
| In Rem, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## STIPULATION TO DISMISS ALL
## CLAIMS AND ALL PARTIES WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is stipulated by and between Plaintiff, JEWEL ELIZABETH ARIOTO, and In Personam Defendant, WELAKAHAO CATAMARAN, INC., through their undersigned counsel, that any and all claims, counterclaims and cross and third party claims filed by and against the parties in this case, can and hereby are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

There are no other claims remaining to be litigated and this stipulation has been signed by all parties that have made an appearance in this case. The July 11, 2006 trial set in this case can and should be vacated.

APPROVED AS TO FORM AND CONTENT:

DATED: Honolulu, Hawaii, June 26, 2006.

/s/ Jay L. Friedheim

Attorney for Plaintiff,
JEWEL ELIZABETH ARIOTO

/s/ Bryan Y.Y. Ho

Attorney for In Personam Defendant,
WELAKAHAO CATAMARAN, INC.

APPROVED AND SO ORDERED:

2

DATED:     Honolulu, Hawaii, June 27, 2006.



_____
Alan C. Kay
Sr. United States District Judge

_____

*Arioto v. Welakahao Catamaran, Inc., et al.*, Civ. No. 04-00609 ACK/KSC; Stipulation To Dismiss All Claims And All Parties With Prejudice; And Order.